ETHAN R. PLAUT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 771-7715
FAX: (406) 453-9973
Email: Ethan.Plaut@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

APR 07 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-23-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | FELON IN POSSESSION OF FIREARM<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
| JOHN CHARLES GARCES, | |
| Defendant. | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about July 14, 2020, at or near Great Falls, in Cascade County, in the State and District of Montana, and elsewhere, the defendant, JOHN CHARLES GARCES, knowing that he had been convicted on or about February 20, 2004, and

1

on or about January 21, 2015, of crimes punishable by imprisonment for a term exceeding one year under the laws of the United States and the laws of the State of Montana, respectively, knowingly possessed, in and affecting interstate commerce, firearms, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JOHN CHARLES GARCES, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney